**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 08-cr-00126-REB-02

UNITED STATES OF AMERICA,

      Plaintiff,

v.

2.  THOMAS W. BARROW,
      a/k/a William T. Barrow,

      Defendant.

---

**MINUTE ORDER**[1]

---

      On **February 4, 2011**, commencing at 8:30 a.m., the court shall conduct a supervised release revocation hearing.

      Dated:  December 6, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.