**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 08-cr-00126-REB-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  THOMAS W. BARROW,

    Defendant.

---

## MINUTE ORDER[1]

---

Due to technical difficulties with the court's video conference equipment, the revocation of supervised release hearing set for Friday, April 22, 2011, is **VACATED** and is **CONTINUED** to **June 21, 2011**, at 1:30 p.m.

**IT IS FURTHER ORDERED** as follows:

1.  That the defendant, Thomas W. Barrow, defense counsel, David Greenberg, counsel for the government, Todd Norvell, and U.S. Probation Officer Erica Coster, are permitted to participate in the revocation hearing by video conference; and

2.  That the video conference shall take place at the United States District Court, in Durango, Colorado.

Dated: April 22, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.