**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 08-cr-00126-REB-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  THOMAS W. BARROW,

    Defendant.

---

**MINUTE ORDER**[1]

---

The matter is before the court *sua sponte*. This matter is set for a revocation of supervised release on June 21, 2011, at 1:30 p.m. The court will be in Durango, Colorado, on Monday, June 20, 2011, for a sentencing hearing in a different matter. It has become apparent to the court that the court should conduct the revocation hearing on Monday, June 20, 2011. After conferring with counsel, and with their consent,

    **IT IS ORDERED** as follows:

    1.  That the revocation of supervised release set for June 21, 2011, is **VACATED** and is **RESET** to **June 20, 2011**, at 11:00 a.m.; and

    2.  That this hearing shall be conducted at the U.S. Courthouse, 103 Sheppard Drive, Ste. 202, Durango, Colorado, 81302.

    Dated:  May 3, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.